# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF KANSAS
# WICHITA DIVISION

In Re

| | |
|---|---|
| **Pamela R Aikman,**  Debtor. | Case No. 18-12314 |
| | Chapter 7 |
| **Specialized Loan Servicing, LLC as servicer for Towd Point Master Funding Trust 2018-PM22, U.S. Bank National Association, as Trustee,**  Movant. | NOTICE OF OBJECTION DEADLINE |

v.

| | |
|---|---|
| **Pamela R Aikman,**  Debtor, | Kozeny & McCubbin, L.C. 12400 Olive Blvd., Suite 555 St. Louis, MO 63141 (314)991-0255 |
| and | |
| **J Michael Morris,** Trustee.  Respondents. | |

### NOTICE WITH OPPORTUNITY FOR NONEVIDENTIARY HEARING
### ON MOTION OF Specialized Loan Servicing, LLC as servicer for Towd Point Master Funding Trust 2018-PM22, U.S. Bank National Association, as Trustee

NOTICE IS HEREBY GIVEN, that if no written objection and/or response thereto is filed with the Clerk of the U.S. Bankruptcy Court of Wichita, Kansas on or before

### May 21, 2019

The above motion will be granted by entry of an order to be prepared and submitted by counsel for Movant. If an objection is timely filed, a nonevidentiary hearing will be held before the U.S. Bankruptcy Court, 167 U.S. Courthouse, 401 N. Market, Wichita, KS 67202 on:

### June 13, 2019 at 9:00 AM



## MOVANT WAIVES THIRTY (30) DAY HEARING REQUIREMENT

Kozeny & McCubbin, L.C.,
Respectfully submitted,

__/s/ Dustin Stiles__
Jonathon B. Burford, #78184
Dustin Stiles, #25152
Attorneys for Movant
12400 Olive Blvd., Suite 555
St. Louis, MO 63141
Phone: (314) 991-0255
Fax: (314) 567-8019
ksbk@km-law.com

The undersigned certifies that a copy of the above and foregoing pleading was filed electronically on April 30, 2019, to:

Mark J. Lazzo
Attorney for Debtor
3500 N Rock Rd
Building 300
Suite B
Wichita, KS 67226

J Michael Morris
Trustee
301 North Main Suite 1600
Wichita, KS 67202

Office of the US Trustee
U.S. Trustee
301 North Main Suite 1150
Wichita, KS 67202



And delivered via regular U.S. Mail on April 30, 2019 to:

Pamela R Aikman
Debtor
319 Valleyview Ct
Andover, KS 67002

Wayne M. Aikman
Co Borrower
319 Valleyview Ct
Andover, KS 67002

Quicken Loans
Creditor
P.O. Box 6577
Carol Stream, IL 60197-6577


/s/ Shawn Grebe
Shawn Grebe

